

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00662-CR

JAMES JACKSON, III, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 248th District Court of Harris County.   (Tr. Ct. No. 1359104).

**TO THE 248TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 11th day of December 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

The Court today considered a motion to dismiss the appeal filed by the appellant, James Jackson, III. No decision has yet been handed down in the case.   The Court **grants** the motion.   Accordingly the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 11, 2014.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in

this behalf and in all things to have it duly recognized, obeyed, and executed.



February 13, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

